UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OWNER-OPERATORS INDEPENDENT ) <br> DRIVERS ASSOCIATION, INC., et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MAYFLOWER TRANSIT, INC., ) <br> ) <br> *Defendant*. ) | CAUSE NO. 1:98-cv-0457-SEB-VSS <br> CAUSE NO. 1:98-cv-0458-SEB-VSS |

**ENTRY ON PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT**

This cause is before the Court on Plaintiffs' Motion to Alter or Amend Judgment filed pursuant to Fed.R.Civ. P. 59(e).[1] Plaintiffs, Owner-Operators Independent Drivers Association, Inc., Wood-Chuck Leasing, Inc., Mark Dudgeon, William H. Owen, Timothy P. Corwin, and Anne Weber Neidig (collectively, "Plaintiffs" or "owner-operators"), have moved on behalf of themselves and all others similarly situated for alteration or amendment of the Court's June 27, 2006 Entry Denying Plaintiffs' Motion for Partial Judgment on the Pleadings to the extent that said entry allowed Defendant Mayflower Transit, Inc. ("Mayflower") to assert state law counterclaims against absent class members for breach of contract, accounts stated and/or unjust

---

[1] This entry addresses Plaintiffs' July 12, 2006 motion, which appears at the CM/ECF Docket for Cause No. 1:98-cv-0457 as Docket Entry No. 51, and appears again at the CM/ECF Docket for Cause No. 1:98-cv-0458 as Docket Entry No. 45.  As has been the practice of the Court in ruling on various motions relevant to these class actions filed by Plaintiffs against Mayflower, this entry addresses both class actions jointly, so as to foster maximum efficiency in this litigation.

1

enrichment.

Though the parties, as part of their original briefings relating to Plaintiffs' Motion for Partial Judgment on the Pleadings, failed to address whether the Court had jurisdiction over Mayflower's state law counterclaims against absent class members, the Court raised the issue of its jurisdiction *sua sponte*, and included that discussion as part of its detailed analysis of the propriety of Mayflower's counterclaims.  In doing so, the Court inadvertently overlooked the fact that it had previously decertified all class claims against Mayflower based on state law breach of contract and conversion, allowing only the named Plaintiffs to assert these state law claims.  In reviewing the parties' respective arguments in the instant motion, the Court now holds that it would be unjust to allow Mayflower to assert its state law breach of contract, accounts stated, and unjust enrichment claims against absent class members.  Therefore, we rescind that portion of our prior ruling that allowed Mayflower to assert its state law claims against absent Plaintiff class members. Our ruling that Mayflower may assert its counterclaims against the named Plaintiffs, as well as its counterclaims for defensive set-offs against absent class members during the claims administration proceedings[2] (at which time absent class members will necessarily be identified as they will have necessarily submitted their individual damages assessments) still stands.

For the reasons set forth above, we **GRANT** Plaintiff's Motion to Alter or Amend Judgment.

---

[2]Plaintiffs acknowledge that supplemental jurisdiction need not be exercised to empower the Court to adjudicate Mayflower's defensive set-offs during the claims administration proceedings. [*See* Plaintiffs' Reply Memorandum in Support of Motion to Alter or Amend Judgment, p. 1.]

ENTERED  11/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Joseph Albert Black
THE CULLEN LAW FIRM PLLC
jab@cullenlaw.com

James Albert Calderwood
ZUCKERT SCOUTT & RASENBERGER
jacalderwood@zsrlaw.com

David C. Campbell
BINGHAM MCHALE LLP
dcampbell@binghammchale.com

David J. Carr
ICE MILLER LLP
carr@icemiller.com

David Aaron Cohen
THE CULLEN LAW FIRM PLLC
dac@cullenlaw.com

Paul Damien Cullen Sr.
THE CULLEN LAW FIRM PLLC
pdc@cullenlaw.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Martha S. Hollingsworth
BINGHAM MCHALE, LLP
mhollingsworth@binghammchale.com

Michael J. Morris
THOMPSON COBURN LLP
mmorris@thompsoncoburn.com

Rebecca A. Pinto
THOMPSON COBURN LLP
rpinto@thompsoncoburn.com

David Wells
THOMPSON COBURN LLP
dwells@thompsoncoburn.com

Margaret Dewey Wielenberg
ICE MILLER LLP
margaret.wielenberg@icemiller.com

Roman P. Wuller
THOMPSON COBURN
One Firstar Plaza
St. Louis, MO 63101